JOHN HENRY WRIGHT, ESQ.
Nevada Bar No. 6182
**THE WRIGHT LAW GROUP, P.C.**
2340 Paseo Del Prado, Suite D-305
Las Vegas, Nevada 89102
Telephone: (702) 405-0001
Facsimile: (702) 405-8454
Email: john@wrightlawgroupnv.com

*Attorney for Plaintiff*
*TRP FUND VI, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRP FUND VI, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL DEFAULT SERVICING CORPORATION, a foreign corporation registered with the Nevada Secretary of State; JPMORGAN CHASE BANK, N.A., a foreign corporation registered with the Nevada Secretary of State; DOES I through X and ROE BUSINESS ENTITIES I through X inclusive,<br><br>Defendants. | CASE NO. 2:22-cv-00823-JCM-NJK |

### STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

PLEASE TAKE NOTE that Plaintiff TRP FUND VI, LLC and Defendants NATIONAL DEFAULT SERVICING CORPORATION and JPMORGAN CHASE BANK, N.A. by and through their respective counsel of record, hereby stipulate and agree as follows:

1. Plaintiff, TRP FUND VI, LLC's Complaint against Defendants NATIONAL DEFAULT SERVICING CORPORATION and JPMORGAN CHASE BANK, N.A., is hereby dismissed with prejudice; and

2. Each party to this Stipulation shall bear its own fees and costs.

**IT IS SO STIPULATED.**

[SIGNATURES CONTINUED ON NEXT PAGE]

*Stipulation and Order to Dismiss With Prejudice*
*CASE NO: 2:22-cv-00823-JCM-NJK*

Dated this 3rd day of June, 2022.

**THE WRIGHT LAW GROUP, P.C.**

/s/ *John Henry Wright, Esq.*
JOHN HENRY WRIGHT, ESQ.
Nevada Bar No. 6182
2340 Paseo Del Prado, Suite D-305
Las Vegas, NV 89102

*Attorney for Plaintiff*
*TRP FUND VI, LLC*

Dated this 3rd day of June, 2022.

**TIFFANY & BOSCO, P.A.**

/s/ *Krista J. Nielson, Esq.*
Krista J. Nielson, Esq.
Nevada Bar No.10698
10100 W. Charleston Blvd., Ste. 220
Las Vegas, NV 89135

*Attorneys for Defendant*
*National Default Servicing Corporation*

Dated this 3rd day of June, 2022.

**SMITH LARSEN & WIXOM**

/s/ *Kent F. Larsen, Esq.*
KENT F. LARSEN, ESQ.
Nevada Bar No. 3463
Hills Center Business Park
1935 Village Cener Circle
Las Vegas, NV 89134

*Attorneys for Defendant*
*JPMORGAN CHASE BANK, N.A.*

**ORDER**

**IT IS SO ORDERED.**

Dated June 8, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE

Page 2 of 2